**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Alrick Troy Emerson Marner<br>Tameka Elizabeth Williams<br><br>**Debtors** | BK NO. 18-03674 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                            Respectfully submitted,

                            **/s/ James C. Warmbrodt, Esquire**
                            James C. Warmbrodt, Esquire
                            KML Law Group, P.C.
                            BNY Mellon Independence Center
                            701 Market Street, Suite 5000
                            Philadelphia, PA  19106
                            215-627-1322