# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: Alrick Troy Emerson Marner, Tameka Elizabeth Williams, Debtor(s)

Case No. 5:18-bk-03674
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on **October 31, 2018**, a copy of Notice and Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Lending Club Corp.
71 Stevenson St, #1000
San Francisco, CA 94105

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979